1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    COLUMBUS ALLEN, JR.,                      No.  2:23-cv-01217-DC-EFB (PC)

12              Plaintiff,

13         v.                                    ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS AND DISMISSING
14    G. MATTESON, et al.,                       THIS ACTION

15              Defendants.                      (Doc. No. 18)

16

17         Plaintiff Columbus Allen, Jr., is a state prisoner appearing *pro se* and *in forma pauperis* in

18    this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United

19    States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On January 2, 2025, the assigned magistrate judge issued findings and recommendations

21    recommending this action be dismissed, without prejudice, due to Plaintiff's failure to state a

22    cognizable claim, failure to prosecute this action, and failure to comply with a court order. (Doc.

23    No. 18.) Specifically, Plaintiff has failed to comply with the court's order dated March 25, 2024,

24    in which Plaintiff's complaint was dismissed due to his failure to state a cognizable claim and

25    Plaintiff was directed to file a first amended complaint within thirty days. (Doc. No. 12.) Plaintiff

26    did not thereafter file a first amended complaint, despite having received an extension of time in

27    which to do so. (Doc. No. 14.) The pending findings and recommendations were served on

28    Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14)

                                                  1

1    days after service. (Doc. No. 18 at 2.) To date, no objections to the findings and recommendations

2    have been filed, and the time in which to do so has now passed.

3        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

4    *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the

5    findings and recommendations are supported by the record and by proper analysis.

6        Accordingly:

7        1.    The findings and recommendations issued on January 2, 2025 (Doc. No. 18) are

8              ADOPTED in full;

9        2.    This action is DISMISSED, without prejudice, due to Plaintiff's failure to state a

10             cognizable claim, failure to prosecute this action, and failure to comply with a

11             court order; and

12       3.    The Clerk of the Court is directed to close this case.

13

14

15       IT IS SO ORDERED.

16    Dated:    **April 6, 2025**    _____

17                                  Dena Coggins
                                    United States District Judge

18

19

20

21

22

23

24

25

26

27

28